NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMAGE PROCESSING TECHNOLOGIES LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellees*

---

2019-1254

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01190.

---

## JUDGMENT

---

MICHAEL SHANAHAN, Bradium Technologies, LLC, Suffern, NY, argued for appellant.

MARC JOSEPH PENSABENE, O'Melveny & Myers LLP, New York, NY, argued for appellees. Also represented by MARK A. SAMUELS, NICHOLAS WHILT, RYAN KEN YAGURA, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 18, 2019      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court